**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cv 241**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA, ex rel., BONTIZ CONTRACTING COMPANY, INC.,** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **FREELAND CONSTRUCTION COMPANY, et al.,** | ) ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

THIS MATTER has come before the undersigned pursuant to a review of the file in this matter.  On August 22, 2016, the undersigned entered an Order (#9) granting a Motion for Extension of Time for Defendants to file answer or other responsive pleading.  The Order allowed Defendants up to and including September 9, 2016 to file an answer or respond to the Plaintiff's Complaint.  An examination of the file does not show that Defendants have filed any answer or other responsive pleading and the time within which to do so has expired.  The Court will now enter an Order directing the Plaintiff to file a Motion for Entry of Default or such other pleading as may be necessary for the Plaintiff to prosecute its action.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Plaintiff shall, on or before **October 14, 2016**, file a Motion for Entry of Default or such other pleading as would indicate the intent of the Plaintiff to prosecute Plaintiff's Complaint.

Signed: September 30, 2016

Dennis L. Howell
United States Magistrate Judge